612

of Appeals for the Seventh Circuit denied. *Mr. Tom D. McKeown* for petitioner. *Mr. Daniel M. Healy* for respondent.

No. 315. WITT ET AL. *v.* BERMAN, TRUSTEE IN BANKRUPTCY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel C. Duberstein* for petitioners. *Mr. David Haar* for respondent.

No. 318. WARD M. CANADAY, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George W. Ritter* and *Bernhard Knollenberg* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John MacC. Hudson* for respondent.

No. 320. WALKER *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John C. Theus* for petitioner. *Solicitor General Reed* and *Messrs. Will G. Beardslee, Wilbur C. Pickett,* and *W. Marvin Smith* for the United States.

No. 321. PUTNAM ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL.;
No. 322. LASSIG ET AL. *v.* SAME;
No. 323. DUNN ET AL. *v.* SAME;
No. 324. ABBOT ET AL. *v.* SAME;